UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RMC PROJECT MANAGEMENT, INC. AND RMC PUBLICATIONS, INC., | Civil No. 09-1368 (JRT/JJG) |
| Plaintiffs, | **ORDER** |
| v. | |
| DAYLE BEYER, *formerly knows as Dale Beyer*, | |
| Defendant. | |

---

David Axtell and Joel Abrahamson, **LEONARD, STREET AND DEINARD, PA,** 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for plaintiffs.

Steven Reitenour, **BOWMAN & BROOKE**, 150 South Fifth Street, Suite 3000, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the parties' stipulation filed July 23, 2009.

Based upon all files, records and proceedings herein, **IT IS HEREBY**

**ORDERED** that the parties' stipulation [Docket No. 6] is approved.


DATED: July 28, 2009
at Minneapolis, Minnesota  _____ s/John R. Tunheim _____
                                          JOHN R. TUNHEIM
                                        United States District Judge