# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| RMC PROJECT MANAGEMENT, INC. AND RMC PUBLICATIONS, INC., | Civil No. 09-1368 (JRT/JJG) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| DAYLE BEYER, | |
| Defendant. | |

___

David Axtell and Joel Abrahamson, **LEONARD STREET AND DEINARD, PA,** 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for plaintiffs.

Steven Reitenour, **BOWMAN & BROOKE,** 150 South Fifth Street, Suite 3000, Minneapolis, MN 55402, for defendant.

Based upon the stipulation for dismissal with prejudice filed by the parties on September 25, 2009 [Docket No. 8], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Complaint of the Plaintiffs is hereby dismissed upon the merits, with prejudice, and with each party to pay its own costs and

DATED: October 5, 2009
at Minneapolis, Minnesota.

                                                          s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                                   United States District Judge